JS-6

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                                          | Case No.  CV 17-03774-AB (SKx)

11   Lucia Kruschewsky

12                     Plaintiff,           | ORDER DISMISSING CIVIL ACTION

13   v.

14   Deutsche Lufthansa AG et al

15                     Defendants.

16

17

18        THE COURT having been advised by counsel that the above-entitled action has

     been settled;

19
          IT IS THEREFORE ORDERED that this action is hereby dismissed without
20
     costs and without prejudice to the right, upon good cause shown within **45  days,** to
21
     re-open the action if settlement is not consummated.    This Court retains full
22
     jurisdiction over this action and this Order shall not prejudice any party to this action.
23

24

25   Dated:  July 19, 2018          _____

26                                  ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT JUDGE
27

28